## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Paycheck Protection Program ("PPP") Agent Fees Litigation | MDL Docket No. _____ |

### ALLIANT CPA GROUP LLC'S MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. §1407 FOR A COORDINATED AND/OR CONSOLIDATED PROCEEDING

Pursuant to 28 U.S.C. §1407 and JPML Rule 6.2, Alliant CPA Group LLC, plaintiff in the case styled *Alliant CPA Group LLC v. Bank of America Corp.*, U.S. District Court for the Northern District of Georgia, Case No. 1:20-cv-02026-LMM (the "Movant"), respectfully moves this Judicial Panel on Multidistrict Litigation for an Order consolidating the twelve (12) pending cases listed in the Schedule of Actions filed concurrently herewith (as well as any tag-along cases subsequently filed involving similar facts or claims) to the U.S. District Court for Northern District of Georgia and assign the MDL to the Honorable Leigh Martin May for coordinated or consolidated proceedings. In the alternative, the Movant requests transfer to the District of Arizona, before the Honorable Diane Humetewa. A Memorandum in support of this Motion is also filed concurrently herewith.

1

Dated:  May 22, 2020                                            Respectfully submitted,

/s/ James F. McDonough, III

| | |
|---|---|
| **GERAGOS & GERAGOS, PC** | **HENINGER GARRISON DAVIS, LLC** |
| Mark Geragos, Esq. | James F. McDonough, III, Esq. |
| Ben Meiselas, Esq. | Travis Lynch, Esq. |
| 644 South Figueroa Street | 3621 Vinings Slope, Suite 4320 |
| Los Angeles, California 90017 | Atlanta, GA 30339 |
| Telephone: (213) 625-3900 | Telephone: 404-996-0869 |
| Facsimile: (213) 232-3255 | Facsimile: 205-326-3332 |
| Email: mark@geragos.com | jmcdonough@hgdlawfirm.com |
| Email: ben@geragos.com | tlynch@hgdlawfirm.com |
| | |
| **ZUMPANO PATRICIOS & POPOK, PLLC** | **ZIMMERMAN REED LLP** |
| Michael S. Popok, Esq. | Brian C. Gudmundson, Esq. |
| Mitchell G. Mandell, Esq. | Michael Laird, Esq. |
| 417 Fifth Avenue, Suite 826 | 1100 IDS Center |
| New York, NY 10016 | 80 South Eighth Street |
| Telephone: (212) 381-9999 | Minneapolis, MN 55402 |
| Facsimile: (212) 320-0332 | Telephone: (612) 341-0400 |
| Email: mpopok@zplaw.com | Facsimile: (612) 341-0844 |
| Email: mmandell@zplaw.com | Email: brian.gudmundson@zimmreed.com |
| | Email: michael.laird@zimmreed.com |

*Attorneys for Movant Alliant CPA Group, LLC (Alliant CPA Group, LLC v. Bank of America, Corp. et al.*, Case No. 1:20-cv-02026, N.D. GA. May 11, 2020).