BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE:** Paycheck Protection Program (PPP)

Agent Fees Litigation                                               MDL No. 2950

NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|----|---|---|---|---|---|
| 1. | Sport & Wheat CPA PA | Synovus Bank* | N.D. Florida | 3:20-cv-05425-TKW-HTC | Judge T. Kent Wetherell, II |
| 2. | Alliant CPA Group, LLC | Synovus Bank | N.D. Georgia | 1:20-cv-02026-MLB | Judge Michael L. Brown |

\* Previously, Synovus Trust Company, N.A. was a defendant in this action, but the Amended Complaint now names Synovus Bank in place of Synovus Trust Company, N.A.