## BEFORE THE
## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| *In re: Paycheck Protection Program (PPP) Agent Fees Litig.* | MDL No. 2950 |
|---|---|

    I certify, pursuant to J.P.M.L. R. 4.1(a), that I have filed my *Notice of Appearance* with the Panel's CM/ECF system.  This will serve each of the parties to this putative MDL.

Dated:  June 8, 2020

/s/ Roy W. Arnold
Roy W. Arnold

Blank Rome LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
T: 412.932.2814
rarnold@blankrome.com