**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Paycheck Protection Program            MDL Docket No. 2950
("PPP") Agent Fees Litigation

# NOTICE OF RELATED ACTION

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | William Bookmyer<br><br>Bookmyer & Associates CPA, Inc.<br><br>Alex Boytan<br><br>Boytan & Associates, LLP | PNC Bank, N.A.<br><br>The Huntington National Bank, N.A.<br><br>Fifth Third Bank, N.A.<br><br>CME Federal Credit Union<br><br>Bank of America, N.A.<br><br>Bluevine Capital Inc.<br><br>Celtic Bank<br><br>JPMorgan Chase Bank, N.A.<br><br>Kabbage, Inc.<br><br>Radius Bank<br><br>TD Bank, N.A.<br><br>Telhio Credit Union | S.D. Ohio | 2:20-cv-02284 | Judge Edmund A. Sargus |