**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Paycheck Protection Program (PPP)
Agent Fees Litigation                                    MDL No. 2950

**CORPORATE DISCLOSURE STATEMENT OF TRUIST BANK
SCHEDULE OF ACTIONS**

| Case Caption | Party Representing |
|---|---|
| *Alliant CPA Group, LLC v. Bank of America, Corp. et al;* N.D. Ga., 1:20-cv-02026 | Defendants Truist Financial Corp. and Truist Bank |
| *Sport & Wheat CPA PA v. Servisfirst Bank, Inc. et al;* N.D. Fla., 3:20-cv-05425 | Defendant Truist Bank |