BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Paycheck Protection Program ("PPP") Agent Fees Litigation | MDL Docket No 2950 |

## EXHIBIT A

## SCHEDULE OF ACTIONS

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiff:** Panda Accounting LLC, individually and on behalf of all others similarly situated<br><br>**Defendant:** Academy Bank, N.A., JP Morgan Chase Bank, N.A. d/b/a Chase Bank, and MidFirst Bank | D. Arizona (Phoenix) | 2:20-cv-00985 | Hon. Diane J. Humetewa |
| **Plaintiff:** American Video Duplicating, Inc., a California corporation; Tush Law Ltd., a California limited partnership, and Kenneth M. Hahn, a sole proprietor, D/B/A Cal State Financial, individually and on behalf of a class of similarly situated businesses and individuals<br><br>**Defendants**: Citigroup Inc., Citibank, N.A., U.S. Bancorp., U.S. Bank, N.A. JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Wells Fargo and Company, Wells Fargo N.A., Bank of America Co., Bank of America, N.A., MUFG Bank Ltd., MUFG Union Bank, N.A., Live Oak Bancshares Inc., Live Oak Banking Company, PayPal Holdings, Inc., Newtek Business Services, Inc., Harvest Small Business Finance, and Doe Lenders 1 to 4,975, inclusive | C.D. California (Western Division) | 2:20-cv-03815 | Hon. Otis D. Wright, II |
| **Plaintiff:** Brunner Accounting Group, a California sole proprietorship; individually and on behalf of a class of similarly situated businesses and individuals | C.D. California (Western Division) | 2:20-cv-04235 | Hon. George H. Wu |

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Defendants**: SVB Financial Group; Silicon Valley Bank; Bluevine Capital, Inc.; JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.; Bank of America Co., Bank Of America N.A.; Royal Bank Of Canada, City National Bank; Square, Inc.; and; Doe Lenders 1 to 4,975, inclusive | | | |
| **Plaintiff:** ImpAcct, LLC, Individually and on Behalf of All Others Similarly Situated<br><br>**Defendant:** JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bank of America Corp., Bank of America, N.A., Wells Fargo & Co., Wells Fargo Bank N.A., BOK Financial Corp., Bank of Oklahoma N.A., Keycorp, Keybank N.A., Zions Bancorporation, N.A., Vectra Bank Colorado, Midwest Regional Bancorp, Inc., and Midwest Regional Bank | D. Colorado (Denver) | 1:20-cv-01344 | Magistrate Judge N. Reid Neureiter |
| **Plaintiff:** Panda Group, PC d/b/a Panda Accounting, on behalf of a class of similarly situated businesses and individuals<br><br>**Defendants:** Bank of America Corporation, Bank of America N.A., Chase Bank USA, N.A., Mountain America Federal Credit Union d/b/a Mountain America Credit Union, and University First Federal Credit Union d/b/a University Federal Credit Union | D. Utah (Southern Region) | 4:20-cv-00045 | Hon. David Nuffer |
| **Plaintiffs:** William Bookmyer, Bookmyer & Associates CPA, Inc., Alex Boytan, Boytan & Associates, LLP<br><br>**Defendants:** PNC Bank, N.A., The Huntington National Bank, N.A., Fifth Third Bank, N.A., CME | S.D. Ohio (Columbus) | 2:20-cv-02284 | Judge Edmund A. Sargus |

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| Federal Credit Union, Bank of America, N.A., Bluevine Capital Inc., Celtic Bank, JPMorgan Chase Bank, N.A., Kabbage, Inc., Radius Bank, TD Bank, N.A., Telhio Credit Union | | | |