BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Paycheck Protection Program (PPP) Agent Fees Litigation | MDL No. 2950 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>American Video Duplicating<br><br>**Defendants:**<br>BSD Capital, LLC<br>City National Bank<br>Doe Lenders, 1 to 4,975 | C.D. Cal. | 2:20-cv-04036 | Hon. John F. Walter |
| **Plaintiffs:**<br>Brunner Accounting Group<br><br>**Defendants:**<br>Bank of America N.A.<br>City National Bank<br>JP Morgan Chase Bank N.A.<br>Silicon Valley Bank<br>Square, Inc.<br>Doe Lenders, 1 to 4,975 | C.D. Cal. | 2:20-cv-04235 | Hon. George H. Wu |

Dated: June 10, 2020

Respectfully submitted,

  /s/ Ashley M. Simonsen

Ashley M. Simonsen
**Covington & Burling LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
asimonsen@cov.com