# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:**  Paycheck Protection Program (PPP) Agent Fees Litigation | MDL No. 2950 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Full Compliance LLC<br>Zamora & Hernandez PLLC<br><br>**Defendants:**<br>Amerant Bank, N.A.<br>Bank of America, N.A.<br>Bankunited, N.A.<br>Cambridge Trust Company<br>Celtic Bank Corp. d/b/a Celtic Bank<br>CIBC Bank USA<br>First Citizens Bank & Trust Company<br>First Horizon Bank<br>Grove Bank & Trust<br>InterAmerican Bank, A FSB<br>J.P. Morgan Chase Bank, N.A.<br>Live Oak Banking Company<br>Ocean Bank<br>Paradise Bank<br>Professional Bank<br>Regions Bank<br>TD Bank, N.A.<br>Truist Bank<br>Valley National Bank<br>Wells Fargo Bank, N.A. | S.D. Fla. | 1:20-cv-22339-JEM | Hon. Jose E. Martinez |
| **Plaintiffs:**<br>William Bookmyer<br>Bookmyer & Associates CPA, Inc. | S.D. Ohio | 2:20-cv-02284-EAS-KAJ | Hon. Edmund A. Sargus |

| | | | |
|---|---|---|---|
| Alex Boytan<br>Boytan & Associates, LLP<br><br>**Defendants:**<br>PNC Bank N.A.<br>The Huntington National Bank, N.A.<br>Fifth Third Bank N.A.<br>CME Federal Credit union<br>ABC Banks 1-100<br>Bank of America, N.A.<br>Bluevine Capital Inc.<br>Celtic Bank<br>JP Morgan Chase Bank, N.A.<br>Kabbage, Inc.<br>Radius Bank<br>TD Bank, N.A.<br>Telhio Credit Union | | | |

Dated: June 10, 2020                    Respectfully submitted,

                                          /s/ Andrew Soukup

                                         Andrew Soukup
                                         **Covington & Burling LLP**
                                         One CityCenter
                                         850 Tenth Street, NW
                                         Washington, DC 20001
                                         Tel: (202) 662-6000
                                         Fax: (202) 778-5066
                                         asoukup@cov.com