BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Paycheck Protection Program (PPP) Agent Fees Litigation | MDL No. 2950 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Fahmia, Inc.<br><br>**Defendants:**<br>MUFG Americas Holding Co.<br>MUFG Union Bank N.A. | S.D.N.Y. | 1:20-cv-04145 | Hon. Jed S. Rakoff |

Dated: June 10, 2020

Respectfully submitted,

  /s/ Andrew Soukup

Andrew Soukup
**Covington & Burling LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 778-5066
asoukup@cov.com