BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEES LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL NO. 2950 |

SCHEDULE OF ACTIONS

| Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| James Quinn; Fahmia, Inc.; Prinzo & Associates, LLC | JPMorgan Chase Bank, N.A., d/b/a Chase Bank; JPMorgan Chase & Co. | S.D.N.Y. | 1:20-cv-04100-JSR | Hon. Jed S. Rakoff |
| James Quinn | Signature Bank Corp.; Signature Bank; Signature Financial LLC | S.D.N.Y. | 1:20-cv-04144-JSR | Hon. Jed S. Rakoff |
| Fahmia, Inc. | MUFG Americas Holding Co.; MUFG Union Bank, N.A. | S.D.N.Y. | 1:20-cv-04145-JSR | Hon. Jed S. Rakoff |
| Fahmia, Inc. | Citibank, N.A.; Citigroup, Inc. | S.D.N.Y. | 1:20-cv-04146-JSR | Hon. Jed S. Rakoff |
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation | First-Citizens Bank & Trust Company | Dist. S. Car. (Charleston Division) | 2:20-cv-02041-BHH | Hon. Bruce Howe Hendricks |
| Prinzo & Associates, LLC | BMO Harris Bank, N.A.; BMO Financial Corp. | N.D. Ill. (Eastern Division) | 1:20-cv-03256-GF | Hon. Gary Feinerman |
| Fahmia, Inc. | Zions Bancorporation, N.A. | C.D. Cal. | 2:20-cv-05104-JAK-PVC | Hon. John A. Kronstadt |

DATED: June 10, 2020    *s/ Richard D. McCune*
Richard D. McCune
**McCune Wright Arevalo LLP**
3281 Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com

*Counsel for the Plaintiffs James Quinn, Fahmia, Inc., and Prinzo Associates, LLC*