BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: Paycheck Protection Program ("PPP") Agent Fees Litigation | MDL Docket No. 2950 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| Case Captions | Court/Case No./Judge |
|---|---|
| **Plaintiff:** Aloha Accounting And Tax LLC<br><br>**Defendants:** First Hawaiian Bank; Bank Of Hawaii; Central Pacific Bank; Hawaiian Electric, Inc., dba American Savings Bank; Kabbage, Inc. | D. Hawaii<br>1:20-cv-00254<br>Hon. Jill A. Otake |
| **Plaintiff:** Fruci & Associates, PS<br><br>**Defendants:** A10 Capital LLC; First Interstate BancSystem; KeyBank N.A.; Mountain West Bank; Numerica Credit Union; Sound Community Bank; State Bank Northwest; U.S. Bank, NA; Washington Trust Bank, Wells Fargo Bank, N.A.; Wheatland Bank, Inc. | W.D. Wash.<br>2:20-cv-00864<br>Hon. Ricardo S. Martinez |