**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| **IN RE:** Paycheck Protection Program ("PPP") Agent Fees Litigation | MDL Docket No 2950 |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiff:** Howard Smukler, individually and on behalf of all others similarly situated<br>**Defendants:** JPMorgan Chase Bank, N.A., JPMorgan Chase & Co. | N.D. California (San Francisco) | 3:20-cv-3413 | Hon. James Donato |
| **Plaintiff:** Juan Antonio Sanchez, **PC**, individually and on behalf of a class of similarly situated businesses and individuals<br>**Defendants**: Bank of South Texas, JPMorgan Chase Bank, N.A., Frost Bank | S.D. Texas (McAllen) | 7:20-cv-00139 | Hon. Micaela Alvarez |