**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEES LITIGATION | MDL NO. 2950 |
| This document relates to: ALL ACTIONS | |

**SCHEDULE OF ACTIONS**

| Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation, individually and on behalf of a class of similar situated businesses and individuals | Truist Bank and DOES 1 through 100, inclusive | D.S.C. | 2:20-cv-02207-BHH | Hon. Bruce Howe Hendricks |
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation, individually and on behalf of a class of similar situated businesses and individuals | First Reliance Bank and DOES 1 through 100, inclusive | D.S.C. | 2:20-cv-02208-BHH | Hon. Bruce Howe Hendricks |
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation, individually and on behalf of a class of similar situated businesses and individuals | Pinnacle Bank and DOES 1 through 100, inclusive | D.S.C. | 2:20-cv-02225-BHH | Hon. Bruce Howe Hendricks |
| Fahmia, Inc., individually and on | Comerica Inc.; Comerica Bank; Comerica Bank & | N.D. Tex. | 3:20-cv-01536-B | Hon. Jane J. Boyle |

| | | | | |
|---|---|---|---|---|
| behalf of all others similarly situated | Trust, N.A., and DOES 1 through 100, inclusive | | | |

DATED:  June 15, 2020

*s/ Richard D. McCune*

Richard D. McCune
**McCune Wright Arevalo LLP**
3281 Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com

*Counsel for the Plaintiffs Ratliff CPA Firm, PC and Fahmia, Inc.*