## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEE LITIGATION** | **MDL DOCKET NO. 2950** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States

Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of

Related Actions was served via CM/ECF transmission, via email, or via U.S. Mail on June 15,

2020, to all parties and/or counsel in involved actions as detailed below.

| *Ratliff CPA Firm v. Truist Bank*, 2:20-cv-02207-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com |

| | Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
|---|---|
| Truist Bank<br>Hearst Tower<br>214 N. Tryon Street Charlotte, NC 28202-1078 *(Via Mail)* | |

| *Ratliff CPA Firm v. First Reliance Bank*, 2:20-cv-02208-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275 |

| | rdm@mccunewright.com |
|---|---|
| | |
| | *Counsel for Plaintiff Ratliff CPA Firm* |

| First Reliance Bank<br>2170 W Palmetto St,<br>Florence, SC 29501<br>(*Via Mail*) | |
|---|---|

| *Ratliff CPA Firm v. Pinnacle Bank*, 2:20-cv-02225-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| Pinnacle Bank<br>1401 N Street | |

| Lincoln, Nebraska 68508<br>(*Via Mail*) | |
|---|---|

| *Fahmia, Inc. v. Comerica, Inc. et al,* 3:20-cv-01536-B (N.D. Tex.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Bruce William Steckler<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@stecklerlaw.com<br><br>Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br><br>L Kirstine Rogers<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: KRogers@stecklerlaw.com<br><br>Paul D Stickney<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>682-313-9656<br>Email: judgestick@gmail.com |
| Comerica, Inc.<br>1717 Main Street<br>Dallas, Texas 75201<br>(*Via Mail*) | |
| Comerica Bank<br>1717 Main Street<br>Dallas, Texas 75201<br>(*Via Mail*) | |
| Comerica Bank & Trust, N.A.<br>1717 Main Street | |

| Dallas, Texas 75201<br>(*Via Mail*) | |

DATED:  June 15, 2020

*s/ Richard D. McCune*

Richard D. McCune
**McCune Wright Arevalo LLP**
3281 Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com

*Counsel for the Plaintiffs Ratliff CPA Firm, PC and Fahmia, Inc.*