BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEES LITIGATION

MDL NO. 2950

This document relates to:
ALL ACTIONS

SCHEDULE OF ACTIONS

| Plaintiff(s) | Defendant(s) | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation, individually and on behalf of a class of similar situated businesses and individuals | The Citizens Bank and DOES 1 through 100, inclusive | D.S.C. | 3:20-cv-02240-BHH | Hon. Bruce Howe Hendricks |
| Ratliff CPA Firm, PC, a South Carolina Professional Corporation, individually and on behalf of a class of similar situated businesses and individuals | Intuit Inc., Intuit Financing Inc. d/b/a QuickBooks Capital and DOES 1 through 100, inclusive | D.S.C. | 3:20-cv-02241-BHH | Hon. Bruce Howe Hendricks |