**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEE LITIGATION** | **MDL DOCKET NO. 2950** |

## AMENDED PROOF OF SERVICE UNDER J.P.M.L. RULE 4.1(a)

Undersigned Counsel for the Plaintiffs James Quinn, Ratliff CPA Firm, PC, Fahmia, Inc., and Prinzo & Associates, LLC, filed the Notice of Appearance (Doc. 161) using the CM/ECF system for the Judicial Panel on Multidistrict Litigation on June 26, 2020. The CM/ECF system served all counsel of record in MDL No. 2950.

| *James Quinn, et al. v. JPMorgan Chase Bank, N.A., d/b/a Chase Bank et al.*, 1:20-cv-04100-JSR (S.D.N.Y.)| |
|---|---|
| James Quinn<br>*(Via Email to Counsel)* | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff James Quinn* |
| Fahmia, Inc.<br>*(Via Email to Counsel)* | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com |

|  | *Counsel for Plaintiff Fahmia, Inc.* |
|---|---|
| Prinzo & Associates, LLC<br>(*Via email to Counsel*) | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Prinzo & Associates, LLC* |
| JPMorgan Chase Bank, N.A., d/b/a Chase Bank<br>(*Via email to Counsel*) | Sylvia E. Simson<br>**Greenberg Traurig, P.A**<br>200 Park Ave<br>New York, NY 10166<br>212-801-9200<br>simsons@gtlaw.com<br><br>*Counsel for Defendant JPMorgan Chase Bank, N.A., d/b/a Chase Bank* |
| JPMorgan Chase & Co.<br>(*Via email to Counsel*) | Sylvia E. Simson<br>**Greenberg Traurig, P.A**<br>200 Park Ave<br>New York, NY 10166<br>212-801-9200<br>simsons@gtlaw.com<br><br>*Counsel for Defendant JPMorgan Chase & Co.* |

| *James Quinn v. Signature Bank Corp. et al.*, 1:20-cv-04144-JSR (S.D.N.Y.) ||
|---|---|
| James Quinn<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com |

| | |
|---|---|
| | *Counsel for Plaintiff James Quinn* |
| Signature Bank<br>565 Fifth Avenue,<br>New York City, New York 10017<br>(*Via Mail*) | |

| *Fahmia, Inc. v. MUFG Americas Holding Co. et al.*, 1:20-cv-04145-JSR (S.D.N.Y.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
| MUFG Americas Holding Co.<br>(*Via email to Counsel*) | Ashley M. Simonsen<br>**Covington & Burling LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>424-332-4782<br>asimonsen@cov.com<br><br>*Counsel for Defendants MUFG Americas Holding Co.* |
| MUFG Union Bank, N.A.<br>(*Via email to Counsel*) | Ashley M. Simonsen<br>**Covington & Burling LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>424-332-4782<br>asimonsen@cov.com<br><br>*Counsel for Defendant MUFG Union Bank, N.A.* |

| *Fahmia, Inc. v. Citibank, N.A. et al.*, 1:20-cv-04146-JSR (S.D.N.Y.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250 |

| | Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
|---|---|
| Citibank, N.A.<br>399 Park Avenue,<br>New York City, New York 10022<br>(*Via Mail*) | |
| Citigroup Inc.<br>390 Greenwich St,<br>New York, New York 10013<br>(*Via Mail*) | |

| *Ratliff CPA Firm v. First-Citizens Bank & Trust Company*, 2:20-cv-02041-BHH (D.S.C.) ||
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com |

| | *Counsel for Plaintiff Ratliff CPA Firm* |
|---|---|
| First-Citizens Bank & Trust Company<br>C/O CT Corporation System, Registered Agent<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223<br>(*Via Mail*) | |

| *Prinzo & Associates, LLC v. BMO Harris Bank, N.A.,et al.* 1:20-cv-03256-GF (N.D. Ill.) | |
|---|---|
| Prinzo & Associates, LLC<br>(*Via email to Counsel*) | Derek Y. Brandt<br>Leigh M. Perica<br>**MCCUNE WRIGHT AREVALO LLP**<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>Telephone: (618) 307-6116<br>Facsimile: (618) 307-6161<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Prinzo & Associates, LLC* |
| BMO Harris Bank, N.A.<br>111 W. Monroe St.<br>Chicago, Illinois 60603<br>(*Via Mail*) | |
| BMO Financial Corp.<br>111 W. Monroe St.<br>Chicago, Illinois 60603<br>(*Via Mail*) | |

| *Fahmia, Inc. v. Zions Bancorporation, N.A.,* 2:20-cv-05104-JAK-PVC (C.D. Cal.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com |

|  | rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
|---|---|
| Zions Bancorporation, N.A.<br>One South Main, 11th Floor<br>Salt Lake City, UT 84133<br>(*Via Mail*) |  |

| *Ratliff CPA Firm v. Truist Bank*, 2:20-cv-02207-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| Truist Bank<br>Hearst Tower<br>214 N. Tryon Street Charlotte, NC 28202-<br>1078 (*Via Mail*) |  |

| *Ratliff CPA Firm v. First Reliance Bank*, 2:20-cv-02208-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| First Reliance Bank<br>2170 W Palmetto St,<br>Florence, SC 29501<br>(*Via Mail*) | |

| *Ratliff CPA Firm v. Pinnacle Bank*, 2:20-cv-02225-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810 |

|  | rah@harpootlianlaw.com |
|  |  |
|  | Mark C. Tanenbaum (Fed I.D. No. 4071) |
|  | **MARK C. TANENBAUM, P.A.** |
|  | 1017 Chuck Dawley Blvd., Suite 101 |
|  | Mt. Pleasant, SC 29464 |
|  | Telephone: (803) 577-5100 |
|  | Facsimile: 843-722-4688 |
|  | mark@tanenbaumlaw.com |
|  |  |
|  | Vincent A. Sheheen (Fed I.D. No. 7016) |
|  | Michael D. Wright (Fed I.D. No. 11452) |
|  | **SAVAGE, ROYALL & SHEHEEN, L.L.P.** |
|  | P.O. Drawer 10 |
|  | Camden, S.C. 29021 |
|  | Telephone: (803) 432-4391 |
|  | Facsimile: (803) 425-4812 |
|  | mwright@thesavagefirm.com |
|  |  |
|  | Richard D. McCune |
|  | Michele M. Vercoski |
|  | **MCCUNE WRIGHT AREVALO LLP** |
|  | 18565 Jamboree Road, Suite 550 |
|  | Irvine, California 92612 |
|  | Telephone: (909) 557-1250 |
|  | Facsimile: (909) 557-1275 |
|  | rdm@mccunewright.com |
|  | mmv@mccunewright.com |
|  |  |
|  | *Counsel for Plaintiff Ratliff CPA Firm* |
| Pinnacle Bank |  |
| 1401 N Street |  |
| Lincoln, Nebraska 68508 |  |
| (*Via Mail*) |  |

| *Fahmia, Inc. v. Comerica, Inc. et al,* 3:20-cv-01536-B (N.D. Tex.) | |
|---|---|
| Fahmia, Inc. | Bruce William Steckler |
| (*Via email to Counsel*) | **Steckler Gresham Cochran PLLC** |
|  | 12720 Hillcrest Rd, Ste 1045 |
|  | Dallas, TX 75230 |
|  | 972-387-4040 |
|  | Fax: 972-387-4041 |
|  | Email: bruce@stecklerlaw.com |
|  |  |
|  | Elaine S. Kusel |
|  | Michele M. Vercoski |
|  | Richard D. McCune |
|  | **McCune Wright Arevalo, LLP** |
|  | 3281 E. Guasti Road, Suite 100 |
|  | Ontario, CA 91761 |
|  | 909-557-1250 |

| | |
|---|---|
| | Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br><br>L Kirstine Rogers<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: KRogers@stecklerlaw.com<br><br>Paul D Stickney<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>682-313-9656<br>Email: judgestick@gmail.com |
| Comerica, Inc.<br>1717 Main Street<br>Dallas, Texas 75201<br>(*Via Mail*) | |
| Comerica Bank<br>1717 Main Street<br>Dallas, Texas 75201<br>(*Via Mail*) | |
| Comerica Bank & Trust, N.A.<br>1717 Main Street<br>Dallas, Texas 75201<br>(*Via Mail*) | |

| *Ratliff CPA Firm v. Citizens Bank, The 3*:20-cv-02240-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com |

| | Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>vsheheen@thesavagefirm.com<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| The Citizens Bank<br>C/O Thomas (Tommy) Bouchette, Registered Agent<br>1600 W. Palmetto Street<br>Florence, South Carolina 29501<br>*(Via Mail)* | |

| *Ratliff CPA Firm v. Intuit Inc et al*, 3:20-cv-02241-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>*(Via email to Counsel)* | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021 |

| | Telephone: (803) 432-4391 |
| | Facsimile: (803) 425-4812 |
| | vsheheen@thesavagefirm.com |
| | mwright@thesavagefirm.com |
| | |
| | Richard D. McCune |
| | Michele M. Vercoski |
| | **MCCUNE WRIGHT AREVALO LLP** |
| | 18565 Jamboree Road, Suite 550 |
| | Irvine, California 92612 |
| | Telephone: (909) 557-1250 |
| | Facsimile: (909) 557-1275 |
| | rdm@mccunewright.com |
| | mmv@mccunewright.com |
| | |
| | *Counsel for Plaintiff Ratliff CPA Firm* |
| Intuit Inc. | |
| C/O Corporation Service Company | |
| 1703 Laurel Street | |
| Columbia, SC 29201 | |
| (*Via Mail*) | |
| Intuit Financing Inc. | |
| C/O Corporation Service Company | |
| 1703 Laurel Street | |
| Columbia, SC 29201 | |
| (*Via Mail*) | |

Counsel have not appeared for certain parties in certain cases, as reflected by the CM/ECF receipt for Doc. 161 and subsequent docket entries. Undersigned counsel will serve Doc. 161 along with this Amended Proof of Service, on any unrepresented parties by U.S. Mail at the corporate addresses listed on the CM/ECF receipt.

**Central District of California, No. 2:20-cv-4235:**

Square, Inc.
1455 Market Street
San Francisco, CA 94103

**Southern District of New York, No. 1:20-cv-4146:**

CitiBank, N.A.
399 Park Avenue
New York, NY 10022

Citigroup Inc.
390 Greenwhich Street
New York, NY 10013

**Central District of California, No. 2:20-cv-4036**

BSD Capital, LLC
121 West Long Lake Road
Suite 200
Bloomfield Hills, MI 48304

Celtic Bank Corporation
17W220 22nd Street
Suite 420
Oakbrook Terrace, IL 60181

Celtic Investment, Inc.
17W220 22nd Street
Suite 420
Oakbrook Terrace, IL 60181

Royal Bank of Canada
200 Bay Street
Royal Bank Plaza
Toronto, Ontario
Canada M5J 2J5, 416-974-5151

Small Business Loan Source, Inc.
9801 Westheimer Road
11th Floor
Houston, TX 77042

**Western District of Washington, No. 2:20-cv-864:**

A10 Capital LLC
800 W. Main Street
Suite 1100
Boise, ID 83702

First Interstate Bank
401 North 31st Street
Billings, MT 59101

Mountain West Bank
125 W Ironwood Drive
Coeur D' Alene, ID 83814

Numerica Credit Union
14610 E. Sprague Ave
Spokane Valley, WA 99216

Sound Community Bank
2400 Third Avenue
Seattle, WA 98121

State Bank Northwest
12902 East Sprague Avenue
Spokane Valley, WA 99216

U S Bank NA
800 Nicollet Mall
Minneapolis, MN 55402

Washington Trust Bank
717 W. Sprague Avenue
Spokane, WA 99201

Wheatland Bank Inc
222 N. Wall Street
Suite 100
Spokane, WA 99201

**Northern District of Illinois, No. 1:20-cv-2644:**

Modern Bank Management, LLC
c/o Incorporating Services, Ltd.
3500 S Dupont Highway
Dover, DE 19901

Modern Bank, N.A.
c/o Incorporating Services, Ltd.
3500 S Dupont Highway
Dover, DE 19901

**District of Colorado, No. 1:20-cv-1344:**

Midwest Regional Bancorp, Inc.
363 Festus Centre Drive
Festus, MO 63028

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Vectra Bank Colorado
2000 South Colorado Blvd.
Suite 2-1200
Denver, CO 80222

**Southern District of New York, No. 1:20-cv-4144:**

Signature Bank
565 Fifth Avenue,
New York City, New York 10017

**Northern District of Illinois, No. 1:20-cv-3256:**

BMO Financial Corp.
111 W. Monroe St.
Chicago, IL 60603

BMO Harris Bank, N.A.

111 W. Monroe Street
Chicago, IL 60603

**Central District of California, No. 2:20-cv-5104:**

Zions Bancorporation, N.A.
One South Main
11th Floor
Salt Lake City, UT 84133

**Western District of Pennsylvania, No. 2:20-cv-714:**

CITIZENS & NORTHERN BANK
90-92 Main Street
Wellsboro, PA 16901

CITIZENS & NORTHERN CORP
90-20 Main Street
Wellsboro, PA 16901

**District of Arizona, No. 2:20-cv-985:**

Academy Bank NA
8551 N. Boardwalk Ave
Kansas City, MO 64154

**Southern District of Ohio, No. 2:20-cv-2284:**

Bluevine Capitol Inc.
Eyal Lifshitz, CEO
1209 Orange St.
Wilmington, DE 19801

Radius Bank
Tracie Kosakowski, General Counsel
One Harbor Street
Boston, MA 02210

TD Bank, N.A.
Norie Campbell, General Counsel
2035 Limestone Rd
Wilmington, DE 19808

**District of South Carolina, No. 2:20-cv-2041:**

First-Citizens Bank & Trust Company
c/o CT Corporation System
Registered Agent
2 Office Park Court Suite 103
Columbia, SC 29223

**Southern District of Florida, No. 1:20-cv-22339:**

Amerant Bank, N.A.

Attn: General Counsel
220 Alhambra Circle
Coral Gables, FL 33134

BANK OF AMERICA, N.A.
127 West Hargett Street
Suite 100
Raleigh, NC 27601

BANKUNITED, N.A.
Legal Department
14817Oak Lane
Miami Lakes, FL 33016

CIBC BANK USA
120 South LaSalle Street
Chicago, MA 02138

Cambridge Trust Company
Attn: Thomas Johnson, Secretary
1336 Massachusetts Ave
Cambridge, MA 02138

FIRST CITIZENS BANK & TRUST COMPANY
950 North Glebe Rd
Suite 100
Arlington, VA 22203

FIRST HORIZON BANK
1305 Decatur Pike
Athens, YN 37303

GROVE BANK & TRUST
2701 South Bayshore Drive
Miami, FL 33133

Interamerican Bank, A FSB
Attn: General Counsel
9190 Coral Way
Miami, FL 33165

J.P. MORGAN CHASE BANK, N.A.
1111 Polaris Parkway
Columbus, OH 43240

Live Oak Banking Company
1757 Tibuton Dr.
Wilmington, NC 28403
PROFESSIONAL BANK
1567 San Remo Avenue
Coral Gables, FL 33146

Paradise Bank
Attn: William J. Burke

2420 N. Federal Hwy
Boca Raton, FL 33431

TD BANK, N.A.
1701 Route 70
east Cherry Hill, NJ 08034

TRUIST BANK
200 West Second Street
Winston-Salem, NC 27101

VALLEY NATIONAL BANK
1445 Valley Road
Wayne, NJ 07470

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163

**District of Hawaii, No. 1:20-cv-254:**

Bank of Hawaii
130 Merchant Street
Honolulu, HI 96813

Central Pacific Bank
220 South King Street
Honolulu, HI 96813

First Hawaiian Bank
999 Bishop Street
Honolulu, HI 96813

Hawaiian Electric Inc
1001 Bishop Street
Suite 2900
Honolulu, HI 96813

**Central District of California, No. 2:20-cv-3815:**

Bank of America Corp.
100 North Tryon Street
18th Floor
Charlotte, NC 28255

Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255

JP Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

JP Morgan Chase Bank NA

1111 Polaris Parkway
Columbus, OH 43240

MUFG Bank Ltd.
1251 Avenue of the Americas
New York, NY 10020

Newtek Business Services Inc.
1981 Marcus Ave.
Suite 130
Lake Success, NY 11042

PayPal Holdings, Inc.
2211 North First Street
San Jose, CA 95131

**Northern District of Georgia, No. 1:20-cv-2026:**

Centerstate Bank Corporation
1011 First Street South
Winter Haven, FL 33880

Centerstate Bank, N.A.
1101 First Street South
Winter Haven, FL 33880

Celtic Bank Corporation
17W220 22nd Street
Suite 420
Oakbrook Terrace, IL 60181

Celtic Investment, Inc.
17W220 22nd Street
Suite 420
Oakbrook Terrace, IL 60181

Royal Bank of Canada
200 Bay Street
Royal Bank Plaza
Toronto, Ontario
Canada M5J 2J5, 416-974-5151

Small Business Loan Source, Inc.
9801 Westheimer Road
11th Floor
Houston, TX 77042

**Western District of Washington, No. 2:20-cv-864:**

A10 Capital LLC
800 W. Main Street
Suite 1100
Boise, ID 83702

First Interstate Bank
401 North 31st Street
Billings, MT 59101

Mountain West Bank
125 W Ironwood Drive
Coeur D' Alene, ID 83814

Numerica Credit Union
14610 E. Sprague Ave
Spokane Valley, WA 99216

Sound Community Bank
2400 Third Avenue
Seattle, WA 98121

State Bank Northwest
12902 East Sprague Avenue
Spokane Valley, WA 99216

U S Bank NA
800 Nicollet Mall
Minneapolis, MN 55402

Washington Trust Bank
717 W. Sprague Avenue
Spokane, WA 99201

Wheatland Bank Inc
222 N. Wall Street
Suite 100
Spokane, WA 99201

**Northern District of Illinois, No. 1:20-cv-2644:**

Modern Bank Management, LLC
c/o Incorporating Services, Ltd.
3500 S Dupont Highway
Dover, DE 19901

Modern Bank, N.A.
c/o Incorporating Services, Ltd.
3500 S Dupont Highway
Dover, DE 19901

**District of Colorado, No. 1:20-cv-1344:**

Midwest Regional Bancorp, Inc.
363 Festus Centre Drive
Festus, MO 63028

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Vectra Bank Colorado
2000 South Colorado Blvd.
Suite 2-1200
Denver, CO 80222

**Southern District of New York, No. 1:20-cv-4144:**

Signature Bank
565 Fifth Avenue,
New York City, New York 10017

**Northern District of Illinois, No. 1:20-cv-3256:**

BMO Financial Corp.
111 W. Monroe St.
Chicago, IL 60603

BMO Harris Bank, N.A.
111 W. Monroe Street
Chicago, IL 60603

**Central District of California, No. 2:20-cv-5104:**

Zions Bancorporation, N.A.
One South Main
11th Floor
Salt Lake City, UT 84133

**Western District of Pennsylvania, No. 2:20-cv-714:**

CITIZENS & NORTHERN BANK
90-92 Main Street
Wellsboro, PA 16901

CITIZENS & NORTHERN CORP
90-20 Main Street
Wellsboro, PA 16901

**District of Arizona, No. 2:20-cv-985:**

Academy Bank NA
8551 N. Boardwalk Ave
Kansas City, MO 64154

**Southern District of Ohio, No. 2:20-cv-2284:**

Bluevine Capitol Inc.
Eyal Lifshitz, CEO
1209 Orange St.
Wilmington, DE 19801

Radius Bank
Tracie Kosakowski, General Counsel
One Harbor Street
Boston, MA 02210

TD Bank, N.A.
Norie Campbell, General Counsel
2035 Limestone Rd
Wilmington, DE 19808

**District of South Carolina, No. 2:20-cv-2041:**

First-Citizens Bank & Trust Company
c/o CT Corporation System
Registered Agent
2 Office Park Court Suite 103
Columbia, SC 29223

**Southern District of Florida, No. 1:20-cv-22339:**

Amerant Bank, N.A.
Attn: General Counsel
220 Alhambra Circle
Coral Gables, FL 33134

BANK OF AMERICA, N.A.
127 West Hargett Street
Suite 100
Raleigh, NC 27601

BANKUNITED, N.A.
Legal Department
14817Oak Lane
Miami Lakes, FL 33016

CIBC BANK USA
120 South LaSalle Street
Chicago, MA 02138

Cambridge Trust Company
Attn: Thomas Johnson, Secretary
1336 Massachusetts Ave
Cambridge, MA 02138

FIRST CITIZENS BANK & TRUST COMPANY
950 North Glebe Rd
Suite 100
Arlington, VA 22203

FIRST HORIZON BANK
1305 Decatur Pike
Athens, YN 37303

GROVE BANK & TRUST
2701 South Bayshore Drive
Miami, FL 33133

Interamerican Bank, A FSB
Attn: General Counsel
9190 Coral Way
Miami, FL 33165

J.P. MORGAN CHASE BANK, N.A.
1111 Polaris Parkway
Columbus, OH 43240

Live Oak Banking Company
1757 Tibuton Dr.
Wilmington, NC 28403
PROFESSIONAL BANK
1567 San Remo Avenue

Coral Gables, FL 33146

Paradise Bank
Attn: William J. Burke
2420 N. Federal Hwy
Boca Raton, FL 33431

TD BANK, N.A.
1701 Route 70
east Cherry Hill, NJ 08034

TRUIST BANK
200 West Second Street
Winston-Salem, NC 27101

VALLEY NATIONAL BANK
1445 Valley Road
Wayne, NJ 07470

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94163

**District of Hawaii, No. 1:20-cv-254:**

Bank of Hawaii
130 Merchant Street
Honolulu, HI 96813

Central Pacific Bank
220 South King Street
Honolulu, HI 96813

First Hawaiian Bank
999 Bishop Street
Honolulu, HI 96813

Hawaiian Electric Inc
1001 Bishop Street
Suite 2900
Honolulu, HI 96813

**Central District of California, No. 2:20-cv-3815:**

Bank of America Corp.
100 North Tryon Street
18th Floor
Charlotte, NC 28255

Bank of America, N.A.
100 North Tryon Street

Charlotte, NC 28255

JP Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

JP Morgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH 43240

MUFG Bank Ltd.
1251 Avenue of the Americas
New York, NY 10020

Newtek Business Services Inc.
1981 Marcus Ave.
Suite 130
Lake Success, NY 11042

PayPal Holdings, Inc.
2211 North First Street
San Jose, CA 95131

**Northern District of Georgia, No. 1:20-cv-2026:**

Centerstate Bank Corporation
1011 First Street South
Winter Haven, FL 33880

Centerstate Bank, N.A.
1101 First Street South
Winter Haven, FL 33880

DATED:  June 26, 2020

*s/ Richard D. McCune*
Richard D. McCune
**McCune Wright Arevalo LLP**
3281 Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com

*Counsel for the Plaintiffs James Quinn, Ratliff
CPA Firm, PC, Fahmia, Inc., and Prinzo &
Associates, LLC*