**Addendum to Notice of Presentation or Waiver of Oral Argument**

**Parties Represented:**

Plaintiff Alliant CPA Group, LLC

Plaintiff Panda Accounting LLC

Plaintiff HallockShannon, PC

Plaintiff ImpAcct, LLC

**Short Case Captions:**

*Alliant CPA Group, LLC v. Bank of America, Corp.,* No. 1:20-cv-02026 (N.D. Ga.)

*Panda Accounting LLC v. Academy Bank, N.A., et al.*, No. 2:20-cv-00985 (D. Ariz.)

*HallockShannon, PC v. Citizens & Northern Corp., et al.*, No. 2:20-cv-00714 (W.D. Pa.)

*ImpAcct, LLC v. JPMorgan Chase & Co.*, et al., No. 2:20-cv-01344 (D. Colo.)