## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTI-DISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Paycheck Protection Program (PPP) Agent Fees Litigation | ) ) ) ) | MDL No. 2950 |

### PROOF OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing Notice of Presentation or Waiver of Oral Argument and this Proof of Service with the Clerk of the JPML using the CM/ECF system, and notice was thereby disseminated to all counsel of record registered via the CM/ECF email notification system.

I further certify that I caused true and correct copies of the same to be served by First Class Mail upon the following parties not registered for CM/ECF:

| | |
|---|---|
| Centerstate Bank Corporation<br>1011 First Street South<br>Winter Haven, FL 33880 | Midwest Regional Bancorp, Inc<br>363 Festus Centre Drive<br>Festus, MO 63028 |
| Centerstate Bank, N.A.<br>1101 First Street South<br>Winter Haven, FL 33880 | Midwest Regional Bank<br>363 Festus Centre Drive<br>Festus, MO 63028 |
| Citizens & Northern Bank<br>90-92 Main Street<br>Wellsboro, PA 16901 | Vectra Bank Colorado<br>2000 South Colorado Blvd.<br>Suite 2-1200<br>Denver, CO 80222 |
| Citizens & Northern Corp<br>90-20 Main Street<br>Wellsboro, PA 16901 | |

Respectfully submitted,

Date: June 30, 2020

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (MN Bar No. 336695)
Michael J. Laird (MN Bar No. 398436)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

***Attorneys for Plaintiffs Alliant CPA Group, LLC, Panda Accounting LLC, HallockShannon, PC, and ImpAcct, LLC***