# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 2950, IN RE: Paycheck Protection Program (PPP) Agent Fees Litigation

## WITHDRAWAL OF APPEARANCE

**PARTY REPRESENTED:**

Defendant Central Pacific Bank

**SHORT CASE CAPTION:**

Aloha Accounting and Tax LLC v. First Hawaiian Bank, et al., D. Haw., 1:20-cv-00254

| July 17, 2020 | /s/ Louise K. Y. Ing |
|---|---|
| Date | Signature of Attorney |

Name and Address of Withdrawing Attorney:

LOUISE K. Y. ING
Dentons US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaii  96813-3689

Telephone No.     (808) 524-1800

Email Address:    louise.ing@dentons.com